

```
        FILED
   U.S. DISTRICT COURT
  EASTERN DISTRICT OF LA

   2001 SEP -7 P 2:52

    LORETTA G. WHYTE
         CLERK
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CYNTHIA LEE TRAINA | CIVIL ACTION |
| VERSUS | NO. 00-1160 |
| NATIONSBANK OF TEXAS, N.A. AND ELECTRONIC PROCESSING, INC., ET AL. | SECTION "R"(5) |

### JUDGMENT

Considering the Court's order and reasons on file herein,

IT IS ORDERED, ADJUDGED, AND DECREED that the plaintiff's complaint is hereby DISMISSED.

New Orleans, Louisiana, this 7th day of September, 2001.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

```
DATE OF ENTRY
SEP 07 2001
```

```
___Fee_____
___Process___
X_/Dktd_OW__
_/_CtRmDep___
  Doc.No. 56
```